IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY NEAL PRATER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3415

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 2, 2015.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Jerry Neal Prater, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.